# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENTINO RODARTE,<br><br>　　　　Plaintiff,<br>　vs.<br><br>ALAMEDA COUNTY, a public entity; GREGORY J. AHERN, Alameda County Sheriff sued in his individual capacity; RAYMOND P. KELLY, Alameda County Deputy Sheriff's Sergeant sued in his individual capacity; DEREK D. THOMS, Alameda County Deputy Sheriff, sued in his individual capacity.<br><br>　　　　Defendants. | Case No. 4:14-cv-00468-KAW<br><br>**ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO CHANGE INITIAL CASE MANAGEMENT CONFERENCE FROM JUNE 24 TO JULY 8, 2014**<br><br>Judge: Kandis A. Westmore<br><br>Case Filed: January 31, 2014<br><br>Trial Date: None |

Before the court is the stipulated motion by plaintiff JUVENTINO RODARTE (hereafter "plaintiff") and defendants COUNTY OF ALAMEDA and GREGORY J. AHERN (hereafter "defendants"), by and through their counsel, pursuant to Civil Local Rule 6-3, to obtain an order changing the current case management conference date of June 24, 2014 **to July 8, 2014**.

For the reasons set forth in the stipulated motion, and good cause appearing therefor, the court hereby **GRANTS** the motion and **RE-SETS THE CASE MANAGEMENT CONFERENCE** from June 24, 2014 at 1:30 p.m. to **July 8, 2014 at 1:30 p.m**.

SO ORDERED.

DATED: May   21  , 2014

By: _____/s/ Kandis Westmore_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

27413\658815

-1-