GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
GREGORY B. THOMAS, ESQ. (239870)
gthomas@bjg.com
LAUREN O. PIMENTEL, ESQ. (279448)
lpimentel@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
COUNTY OF ALAMEDA, GREGORY J.
AHERN, RAYMOND P. KELLY, and
DEREK D. THOMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENTINO RODARTE,<br><br>    Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY, GREGORY J. AHERN, Alameda County Sheriff, sued in his individual capacity, RAYMOND P. KELLY, Alameda County Deputy Sheriff's Sergeant sued in his individual capacity, DEREK D. THOMS, Alameda County Deputy Sheriff, sued in his individual capacity,<br><br>    Defendants. | Case No.:  CV 14-00468 KAW<br><br>**ORDER GRANTING LEAVE TO AMEND PLEADING**<br><br>Complaint Filed:  January 31, 2014 |

IT IS HEREBY ORDERED, pursuant to a stipulation between Jose Luis Fuentes, Esq. on behalf of plaintiff and Lauren O. Pimentel, Esq. on behalf of Defendant County of Alameda, that Defendant County of Alameda may file an amended answer to Plaintiff's complaint pursuant to FRCP 15(a)(2).

DATED: 08/06/14            _____
                           KANDIS A. WESTMORE
                           United States Magistrate Judge

-1-

[PROPOSED] ORDER GRANTING LEAVE TO AMEND PLEADING
Case No. CV 14-00468 KAW