DAN SIEGEL, SBN 56400
SIEGEL & YEE
499 14th St, Suite 300
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
JUVENTINO RODARTE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENTINO RODARTE, | Case No. 4:14-cv-00468-KAW |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF INDIVIDUAL COUNSEL AND ORDER** (Local Rule 11-5) |
| vs. | |
| ALAMEDA COUNTY, a public entity; GREGORY J. AHERN, Alameda County Sheriff sued in his individual capacity; RAYMOND P. KELLY, Alameda County Deputy Sheriff's Sergeant sued in his individual capacity; DEREK D. THOMS, Alameda County Deputy Sheriff, sued in his individual capacity. | |
| Defendants. | |

        Pursuant to Local Rule 11-5 of the United States District Court for the Northern District of California, Jose Luis Fuentes (the "Withdrawing Attorney") formerly an attorney in the law firm of Siegel & Yee hereby notifies the parties and the Court of his intent to individually withdraw as an attorney of record on behalf of Plaintiff Juventino Rodarte ("Plaintiff") in the above-captioned action.

        Jose Luis Fuentes, SBN 192236
        499 14th Street, Suite 300
        Oakland, CA  94612
        Telephone: (510) 839-1200
        Facsimile: (510) 444-6698

jlf@siegelyee.com

Counsel of record for the following party: Juventino Rodarte.

This withdrawal will not cause any undue delay to the parties or to the Court in the ultimate resolution of this action, as Plaintiff has been and continues to be represented by Siegel & Yee through Daniel M. Siegel and Kevin Brunner.  Accordingly, Withdrawing Attorney respectfully requests that this Court approve this withdrawal.


DATED: August 20, 2014

                                        Respectfully Submitted,


                                        By:/s/ Jose Luis Fuentes
                                            Jose Luis Fuentes

                                        Attorney for Plaintiff


**IT IS SO ORDERED.**

Dated: 08/26/14

                                        _____
                                        KANDIS A. WESTMORE
                                        United States Magistrate Judge

---

*Rodarte v. ALAMEDA COUNTY et al.* Case No. 4:14-cv-00468-KAW
NOTICE OF WITHDRAWAL OF INDIVIDUAL COUNSEL AND ORDER - 2