GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
GREGORY B. THOMAS, ESQ. (239870)
gthomas@bjg.com
LAUREN O. PIMENTEL, ESQ. (279448)
lpimentel@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
COUNTY OF ALAMEDA, GREGORY J. AHERN, RAYMOND P. KELLY, and DEREK D. THOMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENTINO RODARTE,<br><br>Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY, GREGORY J. AHERN, Alameda County Sheriff, sued in his individual capacity, RAYMOND P. KELLY, Alameda County Deputy Sheriff's Sergeant sued in his individual capacity, DEREK D. THOMS, Alameda County Deputy Sheriff, sued in his individual capacity,<br><br>Defendants. | Case No.: CV 14-00468 KAW<br><br>[~~PROPOSED~~] ORDER EXCUSING DEFENDANT GREGORY J. AHERN FROM ATTENDING THE SETTLEMENT CONFERENCE<br><br>Complaint Filed: January 31, 2014 |

By letter dated December 16, 2014, Defendants COUNTY OF ALAMEDA, GREGORY J. AHERN, RAYMOND P. KELLY, and DEREK D. THOMS requested, pursuant to paragraph C.4 of the Court's Order regarding Settlement Conference, that Defendant GREGORY J. AHERN be excused from personally attending the Settlement Conference scheduled on April 1, 2015. The letter shows that the attendance of Gregory J. Ahern would present an unjustifiable hardship to him

-1-

and that the value of the case, while uncertain, does not necessitate the personal attendance of GREGORY J. AHERN.  The letter further shows that the parties do not object to GREGORY J. AHERN being excused from attending the Settlement Conference.  For these reasons and good cause otherwise appearing therefor, THE COURT HEREBY ORDERS AS FOLLOWS:

Defendant GREGORY J. AHERN is hereby excused from attending the Settlement Conference of this case on April 1, 2015.

SO ORDERED.

DATED: 12-22-14

LAUREL BEELER
United States Magistrate Judge

27382\678264

-2-
[PROPOSED] ORDER EXCUSING DEFENDANT GREGORY J. AHERN FROM ATTENDING THE SETTLEMENT CONFERENCE - Case No. CV 14-00468 KAW