DAN SIEGEL, ESQ. (SBN 56400)
KEVIN J. BRUNNER, ESQ. (SBN 271510)
SIEGEL & YEE
499 14th St, Suite 300
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
JUVENTINO RODARTE

GREGORY B. THOMAS, ESQ. (239870)
gthomas@bjg.com
LAUREN O. MILLER, ESQ. (279448)
lmiller@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
COUNTY OF ALAMEDA, GREGORY J. AHERN,
RAYMOND P. KELLY, and DEREK D. THOMS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENTINO RODARTE, <br><br> Plaintiff, <br><br> vs. <br><br> ALAMEDA COUNTY, a public entity; GREGORY J. AHERN, Alameda County Sheriff sued in his individual capacity; RAYMOND P. KELLY, Alameda County Deputy Sheriff's Sergeant sued in his individual capacity; DEREK D. THOMS, Alameda County Deputy Sheriff, sued in his individual capacity. <br><br> Defendants. | Case No. 4:14-cv-00468-KAW <br><br> **STIPULATION  AND [PROPOSED] ORDER TO CONTINUE HEARING FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Judge: Kandis A. Westmore <br><br> Case Filed: January 31, 2014 <br><br> Trial Date: October 19, 2015 <br><br> **Jury Trial Demanded** |

1

Defendants COUNTY OF ALAMEDA (sued herein as "Alameda County"), GREGORY J. AHERN, RAYMOND P. KELLY, and the DEREK D. THOMS (collectively "Defendants") filed a motion for summary judgment which is currently set for hearing on August 6, 2015 at 11:00 a.m. (Dkt. No. 56.)  Recently, all parties have agreed that a second Mandatory Settlement Conference before Magistrate Judge Beeler would be beneficial and may result in a global settlement, obviating the need for a hearing on Defendants' Motion for Summary Judgment.

On July 23, 2015, Magistrate Judgment Beeler held a telephone conference with all counsel to discuss setting a second Mandatory Settlement Conference.  During that telephone conference, all parties agreed to schedule a second Mandatory Settlement Conference and tentatively agreed to participate in a second Mandatory Settlement Conference on August 17, 2015, depending upon whether Magistrate Judge Beeler's calendar becomes available on that date, as expected.  If not, the parties will reconvene to reschedule a second Mandatory Settlement Conference on the first available mutually convenient date.  The parties further agreed that the hearing on Defendants' pending Motion for Summary Judgment should be continued to a date after the second Mandatory Settlement Conference, currently tentatively scheduled on August 17, 2015.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties and the parties jointly request that the Court continue the Motion for Summary Judgment to September 3, 2015, or the Court's first available date thereafter.


DATED:    July 23, 2015

Respectfully Submitted,

SIEGEL & YEE


By:   **/s/ Kevin J. Brunner**
       Kevin J. Brunner, Esq.
       Attorneys for Plaintiff
       JUVENTINO RODARTE

2

DATED:   July 23, 2015

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation


By: _____ **/s/ Gregory B. Thomas** _____
GREGORY J. ROCKWELL, ESQ.
GREGORY B. THOMAS, ESQ.
Attorneys for Defendants COUNTY
OF ALAMEDA, GREGORY J.
AHERN, RAYMOND P. KELLY,
and DEREK D. THOMS

27382\695778


### [PROPOSED] ORDER

PURSUANT TO STIPULATION OF THE PARTIES, IT IS HEREBY

ORDERED that the Hearing for Defendants' Motion for Summary Judgment (Dkt. No.

56.) is continued from Thursday, August 6, 2015 at 11:00 a.m. to Thursday,

September 3, 2015 at 11:00 a.m. in Courtroom 4, 1301 Clay Street, Oakland, California.


DATED:  7/27/15


By: _Kandis Westmore_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

3

*Rodarte v. ALAMEDA COUNTY et al./USDC Case No. 4:14-cv-00468-KAW*
STIPULATION  AND [PROPOSED] ORDER TO CONTINUE HEARING FOR DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT