1    DAN SIEGEL, SBN 56400
2    KEVIN BRUNNER, SBN 271510
     SIEGEL & YEE
3    499 14th Street, Suite 300
     Oakland, California 94612
4    Telephone: (510) 839-1200
     Facsimile: (510) 444-6698
5
6    Attorneys for Plaintiff
     JUVENTINO RODARTE
7

8                    UNITED STATES DISTRICT COURT
9
10                   NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
12   JUVENTINO RODARTE, | ) Case No. 4:14-cv-00468-KAW
     | )
13        Plaintiff, | ) **STIPULATION AND [~~PROPOSED~~]**
          vs. | ) **ORDER SHORTENING**
14   | ) **DEFENDANT'S TIME TO OPPOSE**
     | ) **PLAINTIFFS MOTION FOR LEAVE**
15   ALAMEDA COUNTY, a public entity; | ) **TO AMEND THE COMPLANT AND**
     GREGORY J. AHERN, Alameda County | ) **SETTING THE HEARING ON**
16   Sheriff sued in his individual capacity; | ) **PLAINTIFF'S MOTION FOR**
     RAYMOND P. KELLY, Alameda County | ) **SEPTEMBER 17, 2015**
17   Deputy Sheriff's Sergeant sued in his | )
     individual capacity; DEREK D. THOMS, | )
18   Alameda County Deputy Sheriff, sued in | ) Judge: Kandis A. Westmore
     his individual capacity. | )
19   | ) Case Filed: January 31, 2014
     | )
20        Defendants. | ) Trial Date: October 19, 2015
     | )
21   | )

22   _____

23
24        Upon notice that Plaintiffs intend to file a Motion for Leave to Amend the

25   Complaint, the parties met and conferred on the time for filing an opposition and reply,

26   and the timing of the hearing. The parties agreed to the following:

27        Plaintiff will file their Motion for Leave to Amend the Complaint by September 8,

28   2015.

---

*Rodarte v. Alameda County, et al.* 4:14-cv-00468-KAW
Stip. and [Prop.] Order Shortening Defs' Time to Oppose Plntf's Mot. and Setting
Hearing on Sept. 17, 2015 - 1

Defendant will file any opposition to the motion by September 15, 2015.

Plaintiff waives his opportunity to file a Reply to Defendant's Opposition.

As parties will already be before your honor on September 17, 2015 to argue the Motion for Summary Judgment, parties agreed to be heard on the Motion for Leave to Amend the Complaint on the same day.

Dated: September 4, 2015                                    Respectfully Submitted,

                                                           **BOORNAZIAN, JENSEN, & GARTHE**

                                                            _/s/Gregory Thomas_

                                                           GREGORY B. THOMAS, ESQ
                                                           *Attorney for the Defendants*

Dated: September 4, 2015                                    SIEGEL&YEE

                                                           */s/ Kevin Brunner*

                                                           KEVIN BRUNNER
                                                           *Attorney for Plaintiff*

Under N.D. Cal. Local Rule 5-1(i)(3), I attest that I obtained concurrence in the filing of this document from Gregory Thomas  on September 4, 2015.

Dated: September 4 , 2015                                   **BOORNAZIAN, JENSEN, & GARTHE**

                                                            */s/ Kevin Brunner* ____

                                                           KEVIN BRUNNER
                                                           *Attorney for the Plaintiff*

1

## [~~PROPOSED~~] ORDER

2          The parties have stipulated that Plaintiff will file his Motion for Leave to Amend

3 the Complaint by September 8, 2015, that Defendant will file any Opposition to the

4 Motion by September 15, 2015, and that Plaintiff will waive his Reply to any Opposition

5 filed by Defendant. The parties have further stipulated that this motion can be heard on

6 September 17, 2015, while the parties are before the Court to have the Motion for

7 Summary Judgment heard.

8

9          Given the foregoing stipulation, and good cause appearing,

10          IT IS SO ORDERED.

11

12 Dated: _____9/9/15_____     _Kandis Westmore_____

13                                        The Honorable Kandis A. Westmore
                                         United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Rodarte v. Alameda County, et al.*  4:14-cv-00468-KAW
Stip. and [Prop.] Order Shortening Defs' Time to Oppose Plntf's Mot. and Setting
Hearing on Sept. 17, 2015 - 3