UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENTINO RODARTE,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY, et al.,<br><br>    Defendants. | Case No.  14-cv-00468-KAW<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 56 |

On September 24, 2015, the Court granted Defendants' motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: 09/24/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge